Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 26  
**IP Address:** 68.129.224.89  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BBCB17D52E2EF3886EA8720EB8D1D01CCCC96F71<br>File Hash: 03D56B52EA117995F2062C15D42CD621577D286A93ED82867BF6715521AB9870 | 09-22-2021 20:05:51 | Blacked Raw | 02-01-2018 | 02-20-2018 | PA0002104206 |
| 2 | Info Hash: 3D053805CCD7FD3E623BC505E427299B900CCC27<br>File Hash: 74E4604D07BC40B6231CC7537ED8F323923AF44FDAC1EBEA201657537C33BB87 | 09-22-2021 20:05:27 | Blacked Raw | 05-02-2018 | 06-19-2018 | PA0002126647 |
| 3 | Info Hash: DDE999204B8FAAD22500138F61043E3B73D51800<br>File Hash: 23D57BE19830213DE13C2E8CF63B5BECA369C1AC2511747745A2E3F8AFBF9451 | 09-22-2021 04:56:16 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 4 | Info Hash: 07EC80C56B473DD0771AB7D4A3E905994A87A408<br>File Hash: E81BFDFF307EBBEFA816D0064F468B2CDB648B0BC1521785B70B40C95251850C | 09-22-2021 04:50:55 | Blacked | 07-19-2018 | 09-05-2018 | PA0002135006 |
| 5 | Info Hash: F6CE08796E7200EA0845FF9313369CF337C207BF<br>File Hash: 80D1AB32037DC972993DC1D67A3951382310EECA7BBD9430350DB3E17A8B8DC3 | 09-20-2021 00:15:59 | Vixen | 07-28-2018 | 09-01-2018 | PA0002119572 |
| 6 | Info Hash: C36B70D35B13EC6143CD098E5424C872C0B7D9CC<br>File Hash: 82651A793EDFCEF027EAA97231B6B487B2A6A7722A8959851C1A6668157DB9AD | 09-19-2021 00:46:24 | Blacked | 01-30-2020 | 02-20-2020 | PA0002237624 |
| 7 | Info Hash: C3D72FCFAFB0CFE653D94833E141952989C54EF0<br>File Hash: C5E9E52AF063FF4C3D1ACC010C7AFEDD9C2DA2FDDE2AD22AD63E9D5E06EE563F | 09-08-2021 01:25:28 | Blacked Raw | 10-29-2019 | 11-15-2019 | PA0002211918 |
| 8 | Info Hash: 2ABFE1DCAEC1D501F99D5CA64DA28A6C1F3FD199<br>File Hash: 6EC8DD142AA4464B4E54B42C19D4041A53FDA6C9140BA3F17AD78BEDF1B95679 | 09-07-2021 22:51:01 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 09-07-2021 19:30:19 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 10 | Info Hash: FB904BA59C376184DC0F96C43175AB741696A8C3<br>File Hash: 50C3A700E2B381929423C73A8847400A0F00925E1F90C143DA536E979BB4BAA1 | 08-27-2021 08:54:13 | Blacked Raw | 02-01-2020 | 03-15-2020 | PA0002240553 |
| 11 | Info Hash: 64F7CDCF78491EF68C931ED73053A08344F3478C<br>File Hash: 1F74F5E1BB05CE6B3F999121014EF29203463875179508D9729AD03DBBF7B67B | 08-26-2021 04:47:59 | Blacked Raw | 08-10-2020 | 08-18-2020 | PA0002253097 |
| 12 | Info Hash: C2CD33294A80E9042A3D6D2FC6C52861821EFA18<br>File Hash: D8C1F32807E495498B649867E55C81729FF4F5A3284A8C2BFD14FC74A8412322 | 08-20-2021 21:25:08 | Blacked Raw | 07-16-2018 | 09-01-2018 | PA0002119681 |
| 13 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 08-11-2021 02:17:50 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 14 | Info Hash: 21B9DD1AD65C9340920B31128D91CA3F85913384<br>File Hash: 607E813AFC513692CA99D3362D23A42D458E9AB2931661B9AAF58F4F8E75BF46 | 08-11-2021 02:09:50 | Blacked Raw | 08-30-2019 | 09-17-2019 | PA0002216138 |
| 15 | Info Hash: 51C5B8FED86E91E7B29A67C636149B7EF48E4993<br>File Hash: 9B00A5D7AA203F39A0524570796CCF18C944AFC45E74D83E93F2B51B7238EEC3 | 08-11-2021 02:08:11 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 16 | Info Hash: 8B2548496AD120D1FD096380F223C0C37D42B2B1<br>File Hash: 15378B1ED6FF670EAA1B7274A3B267545E367F430B33CC0B0AAD9F32DA30C7A7 | 08-11-2021 02:07:41 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 17 | Info Hash: 6E092D7A3453A1D45B1439231F12D419573100A7<br>File Hash: D8BF82073E2B68DD94CE8EB6D1D86B84A373A3C3A9FD4A6154CF46360F2A4686 | 08-11-2021 02:03:13 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 08-11-2021 01:00:39 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 19 | Info Hash: 6B99D7888151D0DF63F02064FA56A21363DA8C96<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 08-07-2021 23:28:55 | Blacked | 06-14-2019 | 07-17-2019 | PA0002188312 |
| 20 | Info Hash: ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39<br>File Hash: BF2324E563299B843D750C225AA4713748F774270CACA8F99C61C55B55BEC599 | 08-07-2021 23:23:08 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 21 | Info Hash: 59BBB32A1C085F460AAFB1329242C36691D072A1<br>File Hash: 4EAF5419CA409C379D27B8AB3A4A07121E433977C9A6F7ACB185636117A544BE | 08-02-2021 23:29:59 | Blacked Raw | 01-07-2019 | 02-02-2019 | PA0002155390 |
| 22 | Info Hash: 20BE11C2502D5A25646B7110C3B3EBBB91DA5D2A<br>File Hash: D1E904308E6CEA2843291DA543EFE1FFBE34D791251F1D23EF8089FFF5B4CEA6 | 08-02-2021 04:47:03 | Blacked Raw | 09-24-2018 | 11-01-2018 | PA0002143418 |
| 23 | Info Hash: 9B1525C6B7210422F8B2A4D859C19244377A5D8D<br>File Hash: 480522646C863D5D3557EFBCF318A9E1726E6DBE75B70E1C7FBEC11EA1246F11 | 08-02-2021 04:01:49 | Blacked | 06-20-2020 | 07-17-2020 | PA0002248594 |
| 24 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 07-30-2021 03:29:41 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 25 | Info Hash: FB7E3EA3B9E083499E761482A6C6D7DFDB749555<br>File Hash: EE1EFABAC2DA07AF56C3C5710E9DE7C7EA142C3087F61B0A758DFD202F29E66D | 07-29-2021 22:05:25 | Vixen | 10-06-2018 | 11-01-2018 | PA0002141493 |
| 26 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC<br>File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 07-29-2021 21:50:14 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |